**JASON I. SER**
California State Bar No. 201816
**BRIDGET L. KENNEDY**
California State Bar No. PENDING
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
jason_ser@fd.org

Attorneys for Ms. Ramirez-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj8960 |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| WENDY RAMIREZ-MARTINEZ, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's**
efile.dkt.gc1@usdoj.gov

Dated: December 11, 2007

*s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: jason_ser@fd.org