AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA
       V.

**WAIVER OF INDICTMENT**

Wendy Ramirez-Martinez

CASE NUMBER: 08CR035-H

I, __Wendy Ramirez-Martinez__, the above named defendant, who is accused of

21 USC 952-960
Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
JAN 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Wendy Ramirez_
Defendant

_____
Counsel for Defendant

Before _____
               Judicial Officer